# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　Crim. No. 0419 3:09CR00240

Aaron Simmons

On 3/5/2014, the above named was placed on Supervised Release for a period of two (2) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Aaron Simmons be discharged from supervision.

Respectfully submitted,

by  s/ Valerie Debnam
　　Valerie G. Debnam
　　United States Probation Officer
　　200 South College St
　　Suite 1650
　　Charlotte, NC 28202
　　704-350-6656

Approved By:
 s/ Deborah S. Fackrell
Deborah S. Fackrell
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: September 1, 2015

Frank D. Whitney
Chief United States District Judge